UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
GUSTAVO ADOLFO ARREDONDO HOLGIUN,

                              Plaintiff,

   -against-

LUIS GERONIMO CLAUDIO and EAST TO WEST
TRANSPORT, LLC,

                              Defendants.
------------------------------------------------------------------------ x

**Civil Action No.:**

**NOTICE OF REMOVAL**

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NEW YORK

Defendants-Petitioners, LUIS GERONIMO and EAST TO WEST TRANSPORT, LLC, (hereinafter "Defendants-Petitioners"), by and through its counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, submits this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441 and 1445, and the United States District Court for the Eastern District of New York Local Rule of Civil Procedure, and respectfully includes the following statements:

1. On or about December 5, 2022, Plaintiff, Gustavo Adolfo Arredondo Holguin (hereinafter "Plaintiff"), filed a Summons and Complaint in the Supreme Court of the State of New York, County of Queens. The civil action was entitled <u>Gustavo Adolfo Arredondo Holguin v. Luis Geronimo Claudio and East to West Transport LLC</u>, and bears Index Number 725481/2022 ("**Exhibit A**").

2. As asserted in the Complaint, Plaintiff seeks damages arising out of alleged personal injuries sustained in a motor vehicle incident involving Defendants-Petitioners purportedly occurring on or about 37th Avenue, at or near its intersection with 89th Street, Queens County, New York. As per a phone conversation between the corresponding counsels,

memorialized via email date January 11, 2023, (**"Exhibit B"**) the damages allegedly sustained by Plaintiff are an amount of one million dollars ($1,000,000.00). Accordingly, the amount in controversy in this suit is in excess, exclusive of interests and costs, of seventy five thousand dollars ($75,000).

3. There is complete diversity of citizenship pursuant to 28 U.S.C. § 1332. The citizenship of the parties is as follows:

   a. Plaintiff is now, and was at the time said action was commenced, a resident and domiciliary of the State of New York residing, upon information and belief, at 3230 70th street, East Elmhurst, New York, 11370,

   b. Defendant-Petitioner East to West Transport LLC was at the time said action was commenced and continues to be a Connecticut limited liability company organized and existing under the laws of the State of Connecticut, having its principal place of business in Connecticut, 249 New Haven Avenue, 2nd Floor, Milford, CT 06460, and the company having two members who were at the time the action was commenced and continue to be Connecticut residents: (1.) Faruk Gulseren, 269 Sarah Circle, Orange, Connecticut 06477; and (2.) Musa Uzun, 302 Quinnipiac Ave, North Haven, Connecticut 06473.

   c. Defendant-Petitioner Luis Geronimo Claudio was at the time said action was commenced and continues to be a Connecticut resident residing at 394 Greenwich Ave, New Haven, CT 06519.

4. The State Action was commenced against Defendants-Petitioners on or about December 5, 2022.

5. On December 29, 2022, Defendants-Petitioners served a Verified Answer and Affirmative Defenses ("**Exhibit C**").

6. On December 29, 2022, Defendants-Petitioners also served Plaintiff's counsel with a Demand for *Ad Damnum* (**"Exhibit D"**).

7. On January 11, 2023 Plaintiff's counsel communicated a demand via phone conversation memorialized via email (*see* **Exhibit B**) indicating that the damages allegedly sustained by Plaintiff arising from the subject incident is an amount of $1,000,000, which exceeds $75,000.

8. No other proceedings have occurred in the State Court action.

9. This motion, is timely filed pursuant to 28 U.S.C. § 1446(b)(3), on the grounds and to the extent that Defendant-Petitioner filed its Notice of Removal within 30 days of receipt of Plaintiff's January 11, 2023 demand asserting an amount in controversy in excess of $75,000.

10. Said action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between Plaintiff and Defendant-Petitioner.

11. Written filing of this motion will be given to Plaintiff promptly after the filing of this Motion, as required by law.

12. A true and correct copy of this Motion will be filed with the Clerk of the Supreme Court of the State of New York, County of Queens promptly after the filing of this motion, as required by law.

13. By filing this Notice of Removal, Defendant-Petitioner does not waive any defense which may be available to it, specifically including, but not limited to its right to contest in personam jurisdiction over Defendants-Petitioners, improper service of process upon the

Defendants-Petitioners, and the absence of venue in this Court or in the court from which the action has been removed.

WHEREFORE, Defendants-Petitioners prays that this action proceed in this Court as an action properly removed thereto.

Dated: White Plains, New York
January 20, 2023

        Yours etc.,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
John Hsu, Esq.
Attorneys for Defendants
LUIS GERONIMO CLAUDIO and
EAST TO WEST TRANSPORT LLC.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
File No.: 00295.12846

TO:

RAYTSIN LAW FIRM, P.C.
Thomas Stufano
Attorneys for Plaintiff
221-10 Jamaica Ave., Suite 106
Queens Village, New York 11428
(718) 355-9797

279061849v.1